AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KEVIN DUNCAN HERRICK
1601 Forbes Street
Rockville, MD 20851
(301) 830-2695

**SUMMONS IN A CIVIL CASE**

V.

STEVEN M. MAGUIRE
1754 Lanier Place, NW
Apt. 302
Washington, DC 20009

CA

Case: 1:07-cv-01675
Assigned To : Robertson, James
Assign. Date : 9/21/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

STEVEN M. MAGUIRE
1754 Lanier Place
Apt. 302
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEVIN DUNCAN HERRICK, pro se plaintiff
1601 Forbes Street
Rockville, MD 20851
(301) 830-2695

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 1 2007
CLERK                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Kevin Duncan Herrick

vs.

Steven M. Maguire

No. 1:07-CV-01675 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Recovery of Monies Owed with Exhibits, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:23 pm on September 25, 2007, I served Steven M. Maguire at Starbucks, 1700 Connecticut Avenue, NW, Washington, DC 20009 by serving Steven M. Maguire, personally. Described herein:

```
SEX-     MALE
AGE-     41
HEIGHT-  6'1"
HAIR-    RED
WEIGHT-  155
RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  9/26/07
           Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194647

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

09-25-2007

KEVIN HERRICK
PRO SE
1601 FORBES STREET
ROCKVILLE, MD 20851

Kevin Duncan Herrick v. Steven M. Maguire 

Case No. 1:07-CV-01675 JR

Invoice No. 194647

Client Matter No. N/A

SERVICE OF PROCESS
Steven M. Maguire, Starbucks, 1700 Connecticut Avenue, NW,
Washington, DC 20009
09-25-2007

| | |
|---|---:|
| SERVICE OF PROCESS | $60.00 |
| **AMOUNT PAID-** | $60.00 |
| **BALANCE DUE UPON RECEIPT-** | $0.00 |

Please write invoice no. 194647 on your check.

**Case Comments-**