*Pro Se Change of Address* ~~ATTORNEY ADDRESS CORRECTION REQUEST~~

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address    ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☐ Firm Name change/correction
☐ Create Flag:    ☐ Pro Bono    ☐ Pro Hac Vice
☐ Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☒ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government    ☐ Gvt Not Certified    ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

Case No.: 07 1675 - JR    ☐ Attorney    ☒ Pro Se
Bar ID No.: _____    Prisoner ID No.: _____
Name: Kevin Duncan Herrick

07-1675 JR

**OLD ADDRESS:**
Office: _____
Unit: _____
Address: 1601 Forbes Street
City: Rockville    State: MD    Zip: 20851
Telephone: (301) 830-2695

**NEW ADDRESS:**
Office: _____
Unit: _____
Address: ~~35~~ 2478 SANDELL DRIVE
City: DUNWOODY    State: GA    Zip: 30338-4548
Telephone: (301) 830-2695

COMMENTS: _____

DATE: 10/23/07    Deputy Clerk: _____