**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEVIN DUNCAN HERRICK,              :
                                  :
          Plaintiff,              :
                                  :
     v.                           : Civil Action No. 07-1675 (JR)
                                  :
STEVEN M. MAGUIRE,                :
                                  :
          Defendant.              :

**<u>ORDER REFERING TO A MAGISTRATE JUDGE</u>**

Upon agreement by the parties, it is **ORDERED** that this case is referred to Magistrate Judge Facciola of this Court for settlement.  As the case has been set for trial on March 7, 2008, the parties are directed to file a stipulation of dismissal if, and as soon as, settlement is achieved.


                              JAMES ROBERTSON
                         United States District Judge