AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kevin Duncan Herrick

      Plaintiff(s)    )
         )   **APPEARANCE**
         )
     vs.    )   CASE NUMBER   07-1645 (JR/JF)
Steven M. Maguire  )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas L. Feher__ as counsel in this
(Attorney's Name)

case for: __Steven M. Maguire__
(Name of party or parties)

March 6th, 2008
Date

Signature

Thomas Feher
Print Name

080016
BAR IDENTIFICATION

3900 Key Center, 127 Public Square
Address

Cleveland, Ohio
City   State   Zip Code

216-566-5532
Phone Number