Brooke Falk, DC Bar No. 492513
Thompson Hine LLP
1920 N Street, N.W.
Suite 800
Washington, DC 20036
Telephone:  202.263.4159
Facsimile:  202.331.8330
Email:  Brooke.Falk@ThompsonHine.com

Attorneys for Defendant Steven Maguire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN DUNCAN HERRICK** ) | **Case No.: 07-1675** |
| ) | |
| **Plaintiff,** ) | **Hon. James Robertson (JR/JF)** |
| ) | |
| **v.** ) | **PRETRIAL DISCLOSURES** |
| ) | **OF DEFENDANT STEVEN** |
| **STEVEN MAGUIRE** ) | **MAGUIRE** |
| ) | |
| **Defendant.** ) | |
| ) | |

Defendant Steven Maguire ("Defendant ") makes the following pretrial disclosures

pursuant to Fed.R.Civ.P. 26(a)(3).

Defendant discloses as follows:

**I.      Witnesses (In person)**

A.      Defendant expects to present the following witnesses:

- Steven Maguire, 1754 Lanier Place, Washington, DC 20009, phone (202) 415-2699

- Kevin Herrick, 2478 Sandell Drive, Dunwoody, Georgia 30388, phone (301) 830-2695

B.      Defendant may call the following witnesses if the need arises:

- Marcia Wong, 2141 I Street, NW, Washington, DC 20037.

## II.      Witnesses (by Deposition)

Defendant intends to use the De Bene Esse deposition of Anthony Cola in this matter.  As Mr. Cola's deposition is going forward today, Defendant does not have a transcript by which to make designations.  Defendant states, however, that the transcript testimony of Mr. Cola is unlikely not exceed 15 minutes.

## II.      Defendant may use the following documents at trial in this matter:

| # | Date | Description | Bates # | Offered | Admitted | Rejected |
|---|------|-------------|---------|---------|----------|----------|
| 1. | | Tea Room Business Plan | MAG 0327-0342 | | | |
| 2. | 04/01/04 | Tea Room LLC Operating Agreement | MAG 0039-0054 | | | |
| 3. | 07/07 | Receipt for Funds [Complaint, Exhibit A] | | | | |
| 4. | | Herrick Proposed Operating Agreement [Complaint, Exhibit B] | | | | |
| 5. | | Herrick Proposed Operating Agreement [Complaint, Exhibit B] | | | | |
| 6. | 10/3/05 | Bill of Sale | MAG 0091-0092 | | | |
| 7. | 10/3/05 | Security Agreement | MAG 0093-0099 | | | |
| 8. | 10/3/05 | Promissory Note | MAG 0100-0103 | | | |
| 9. | 10/20/05 | Resolution of Members of Tea Room, LLC | MAG 0172-0173 | | | |
| 10. | 10/20/05 | Closing Certification and Agreement by Borrower and Guarantors | MAG 0186-0190 | | | |

| # | Date | Description | Bates # | Offered | Admitted | Rejected |
|---|------|-------------|---------|---------|----------|----------|
| 11. | 10/20/05 | Standby Creditor's Agreement | MAG 0064-0065 | | | |
| 12. | 10/20/05 | Equity Statement | MAG 0314 | | | |
| 13. | | Maguire Handwritten Notes | MAG 0122 | | | |
| 14. | | Tea Room LLC 2005 Tax Return | MAG 1441-1472 | | | |
| 15. | | Kevin Herrick 2006 Tax Return | | | | |
| 16. | | Kevin Herrick 1099 for 2006 | | | | |
| 17. | 2/26/08 | Email from Herrick to Brooke Falk-McEnery attaching 1099 | | | | |
| 18. | 02/06 – 04/07 | Tea Room Cancelled Checks | | | | |
| 19. | | ADP Printout to Reflecting Marcia Wong Salary 2007 | MAG 0106 | | | |
| 20. | | Steve Maguire W2 for Year 2007 | MAG 0107 | | | |
| 21. | | Steve Maguire Earnings Statement | MAG 0108 | | | |
| 22. | 05/03/07 | Email from Maguire to Herrick | MAG 0469 | | | |
| 23. | 01/17/07 | Email from Herrick to Jasmset Sidhu | MAG 0662-0666 | | | |
| 24. | 09/18/06 | Email from Maguire to Natasha Kincaid | MAG 0991 | | | |
| 25. | | Letter from Herrick to Woodring | MAG 0454 | | | |
| 26. | | DC Bar membership information for Kevin Herrick | | | | |
| 27. | | Plaintiff's Responses to Defendant's Requests for Admission | | | | |

3

| # | Date | Description | Bates # | Offered | Admitted | Rejected |
|---|------|-------------|---------|---------|----------|----------|
| 28. | 10/03/05 | Settlement Statement | MAG 0086 | | | |
| 29. | | Any documents necessary for impeachment or rebuttal | | | | |

Dated:  March 6, 2008                      THOMPSON HINE LLP


By: /s/ Brooke Falk-McEnery
    Brooke Falk-McEnery (492513)
    Attorneys for Defendant Steven Maguire
    1920 N Street, N.W., Suite 800
    Washington, D.C. 20036
    Telephone - (202) 331-8800
    Facsimile – (202) 331-8330

5

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years and a not a party to the within action.  I am employed in Washington, DC.  My business address is 1920 N Street, N.W., Suite 800, Washington, DC 20036.  On this date I caused the following document to be served:

**PRETRIAL DISCLOSURES OF DEFENDANT STEVEN MAGUIRE**

By Electronic Mail to the following:

Plaintiff Kevin Duncan Herrick
kevinduncanherrick@gmail.com

/s/ Brooke Falk-McEnery
Brooke Falk-McEnery