A0450 (Rev. - DC 04/00) Judgment in a Civil Case

**FILED**
MAR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

KEVIN DUNCAN HERRICK,
    Plaintiff,

V.

STEVEN M. MAGUIRE,
    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 07-1675 (JR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is entered for the plaintiff Kevin Duncan Herrick against defendant Steven M. Maguire in the amount of $36,800.00 plus costs.

Dated: March 10, 2008

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk