**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**KEVIN DUNCAN HERRICK**

**Plaintiff,**

**v.**

**STEVEN M. MAGUIRE**

**Defendant.**

CIVIL ACTION NO. 07-1675
**Hon. James Robertson**

**PLAINTIFF KEVIN HERRICK'S BILL OF COSTS**

Plaintiff Kevin Duncan Herrick, proceeding *pro se* submits the following Bill of Costs pursuant to Federal Rule 54 and LCvR 54.1:

1. Rule 54(d) COSTS; ATTORNEYS' FEES. (1) Costs Other than Attorneys' Fees. Except when express provision therefore is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On

RECEIVED

MAR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

motion served within 5 days thereafter, the action of the clerk may be reviewed by the court.

2. The Judgment filed March 10, 2008 entitles this Plaintiff to "$36,800.00 plus costs" from Defendant Maguire.

3. A completed "Bill of Costs" form provided by the Court is attached, containing Plaintiff's Declaration (Appendix D-1, incorporated herein by reference).

4. Total costs are $512.25 consisting of:

   a. $350.00 filing fee,

   b. $60.00 fee for serving initial complaint on Defendant,

   c. $102.25 photocopy fees.

Dated: March 19, 2008.

Respectfully submitted,

Kevin Duncan Herrick
DC Bar #: 497519*
2478 Sandell Drive
Dunwoody, GA 30338-4548
Tel: (301) 830-2695
pro se Plaintiff

*Although Mr. Herrick is an attorney admitted to practice law in the District of Columbia and is representing himself on a pro se basis, he is not admitted to this Court.

**CERTIFICATE OF SERVICE**

I, Kevin Herrick, hereby certify that, on March 19, 2008, I caused a true and correct copy of the foregoing Bill of Costs to be served as follows:

*by First Class Mail, postage prepaid to:*
Brooke Falk-McElrery, Counsel for Steven Maguire
Thompson Hine LLP
1920 N Street, N.W., Suite 800
Washington, D.C. 20036

And *by First Class Mail, postage prepaid* to:

Thomas L. Feher, Partner
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291

And *by electronic mail* to:
Tom.Feher@thompsonhine.com and
Brooke.Falk@thompsonhine.com

Kevin Herrick

LCvR 54.1 (d)(1) Clerk's Fees

LCvR 54.1 (d)(9) Other Photocopy costs up to $300



Receipt

Merchant CAPITOL PROCESS SERVICES INC
1827 18TH STREET NW 2026670050
WASHINGTON DC 20009
US

| | |
|---|---|
| Description | Service of process |
| Submission Date | 21-Sep-2007 10:50:31 |
| Transaction ID | 1562888473 |
| Transaction Status | Captured/Pending Settlement |
| Authorization Code | 00929B |
| Card Number | XXXX2117 |
| Payment Method | Visa |
| Amount | USD 60.00 |
| Invoice | |
| Customer ID | |

BILLING INFORMATION
Kevin Hersk

SHIPPING INFORMATION



Appendix B-1

LCvR 54.1 (d)(9) Other Photocopy costs up to $300

Photocopy fees : $44.04 + $47.91 + 10.30 = $102.25 this page

Sale

VISA
2117
Rec #: [illegible]
Inv #: [illegible]

Total: $ 44.04

Customer Copy

FedEx Kinko's

FedEx Kinko's
706 Rockville Pike
Rockville , MD 20852
301-217-0325

9/20/2007 5:08:39 PM EST
Trans.: 0587 Branch: 1958
Register: 002 Till:jp71854
Team Member: Jason P.

SALE


*1958002058 7*

CD Dup (Burn) 9.99 T
3025 1.00 @ 9.9900
DC Scan to PDF 35.64 T
2862 36.00 @ 0.9900

Sub-total 45.63
Deposit 0.00
Tax 2.28
Total 47.91
Visa (S) 47.91
Account: 2117
Auth: 093898 (A)
Total Tender 47.91
Change Due 0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

FedEx Kinko's

September 20,2007 17:08 Page 1
Receipt #: 100315
VISA #: XXXXXXXXXXXX2117
2007/09/20 16:04

| Qty | Description | Amount |
|---|---|---|
| [illegible] | ES B&W S/S White 8.5 x11 | [illegible] |

| | |
|---|---|
| SubTotal | 10.30 |
| Taxes | 0.00 |
| Total | 10.30 |

The cardholder agrees to pay the issuer of the charge card in accordance with the agreement between the issuer and the Cardholder

706 Rockville Pike 301-217-0325
Rockville, MD 20852
www.fedexkinkos.com
Office and Print Center

**CUSTOMER COPY**

Court-provided Bill of Costs Form

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEVIN DUNCAN HERRICK

v.

STEVEN M. MAGUIRE

**BILL OF COSTS**

Case Number: 07-1675 (JR)

Judgment having been entered in the above entitled action on 03/10/08 (date) against MAGUIRE the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 60.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0 |
| Fees and disbursements for printing | 102.25 |
| Fees for witnesses (itemize on reverse side) | 0 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0 |
| Docket fees under 28 U.S.C. 1923 | 0 |
| Costs as shown on Mandate of Court of Appeals | 0 |
| Compensation of court-appointed experts | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0 |
| Other costs (please itemize) | 0 |
| **TOTAL** | $ 512.25 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: BROOKE FALK McEnery, counsel for Steven Maguire, 1920 N street, NW, Ste 800, WASH DC 20036.

Signature of Attorney: [signature]

Name of Attorney: KEVIN HERRICK (Prose Plaintiff)

For: KEVIN DUNCAN HERRICK (Name of Claiming Party) Date: March 19, 2008

Costs are taxed in the amount of $ 512.25 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk By: ____________ Deputy Clerk ____________ Date

Court-provided Bill of Costs Form

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| Not Applicable | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs.

MAR 2 1 2008