UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>Kevin Duncan Herrick</u>
Plaintiff

vs

<u>Steven M. Maguire</u>
Defendant

CIVIL ACTION NO. **07-1675 (JR)**
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To: Washington First Bank, 1146 19th Street, NW #100, Washington, DC 20036, Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgment against the defendant was entered on March 10, 2008 in the amount of thirty-six thousand, eight hundred dollars ($36,800.00) and the costs amounting to $512.25 with interest at 1.66% from March 10, 2008 less credits of $0 (zero).

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this ___16th___ day of July 2008.

                                            Nancy M. Mayer-Whittington, Clerk

                                            By_____
                                            Deputy Clerk

_____, pro se
Attorney for Plaintiff
Kevin Duncan Herrick
2478 Sandell Drive
Dunwoody, GA 30338-4548

**RECEIVED**

AUG 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(301) 830-2695
INTERROGATORIES IN ATTACHMENT

NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

   The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

   If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
   ANSWER: **No**

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, and goods, chattels, or credits of the defendant(s) in your possession or charge, and, if so, what?
   ANSWER: **No**

I declare under the penalties of perjury the that answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: **8/8/08**          By **Kenan Upton**
                              GARNISHEE
                              Compliance Officer
                              Washington First Bank