U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Duncan Herrick | cv-07-1675 (JR) |
| DEFENDANT | TYPE OF PROCESS |
| Steven M. Maguire | writ of attachment (garnishment) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven M. Maguire, Managing Member of Tea Room, LLC, dba Science Club

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1754 Lanier Place #302, Washington, DC 20009: Science Club, 1136 19th St., NW Washington, DC 20036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Duncan Herrick
2478 Sandell Drive
Dunwoody, GA 30338-4548

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mr. Maguire resides at 1754 Lanier Place, #302. He owns and operates Science Club at 1136 19th Street. Science Club is open from 5PM - 2AM Mon-Thurs, 5PM - 3AM Fridays, 8PM-3AM Saturdays, closed most Sundays. Mr. Maguire's cell phone is (202) 415-2699. The Science Club phone is (202) 775-0747. He shares management of Science Club with Ms. Marcia Wong, if she is there, he is likely not there.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (301) 830-2695
DATE: 8/8/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin: No. 16
District to Serve: No. 16
Signature of Authorized USMS Deputy or Clerk
Date: 8/12/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Steven M Maguire

Address (complete only different than shown above):

RECEIVED 2008 AUG 12

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/13/08   Time: 1510 ☒ pm
Signature of U.S. Marshal or Deputy: 3685

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | $0.00 |

REMARKS:

RECEIVED SEP 5 - 2008

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00